UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 06/16/06

To: Clerk's Office
    Richard H Chambers U.S. Court of
    Appeals Building
    125 South Grand Avenue
    Pasadena, CA 91105

ATTN: (XXX) CIVIL

( ) CRIMINAL

( )JUDGE

From: Shari Fuhrer
    U.S. District Court
    222 West 7th Avenue, #4
    Anchorage, Alaska 99513

DC No: 3:04-cv-00182-RRB     Appeal No: 05-35232

Short title: Gillam v Barton

Composition of Record

Clerk's Files in 2 volumes (xx) original ( ) certified copy

    Bulky docs. 1 volumes, docket # 15
        (folders)

Reporter's in ___ volumes ( ) original ( )certified copy
Transcripts

Exhibits: in ___ envelopes ( ) under seal

    in ___ boxes ( ) under seal

Other: **NOTE: (certified copy of ACMS and ECF docket enclosed)**

(please note any documents filed under seal)

Acknowledgement:_____ Date:_____

"record.app" [11/21/97]